UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

J & J SPORTS PRODUCTIONS, INC.,          Case No. 1:14-cv-357
    Plaintiff,          Litkovitz, M.J.

vs.

TERRY E. WOODCOCK, Individually          **ORDER**
and as the alter ego of El Nuevo Rodeo, et al.,
    Defendants.

Plaintiff initiated this action pursuant to the Communications Act of 1934, as amended, 47 U.S.C. § 605 *et seq.*, and The Cable & Television Consumer Protection and Competition Act of 1992, as amended, 47 U.S.C. § 553 *et seq.* The only remaining defendant in this action is Mireles Entertainment LLC, individually and as the alter ego of El Nuevo Rodeo.

On September 21, 2015, the Court ordered plaintiff, within twenty days, to either file a motion for default judgment against defendant Mireles Entertainment LLC or show cause why this action should not be dismissed for lack of prosecution. (Doc. 42). *See Link v. Wabash R.R.*, 370 U.S. 626, 630-631 (1962) (district courts have power to dismiss civil actions for want of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases"). *See also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991). Plaintiff was also advised that its failure to comply with the terms of the Order would result in the dismissal of this case. *Id.*

To date, more than twenty days after the Court's September 21, 2015 Order, plaintiff has failed to either file a motion for default judgment against defendant Mireles Entertainment LLC or show cause why this action should not be dismissed for lack of prosecution. Accordingly, dismissal of this action for want of prosecution and for failure to comply with a Court Order is

warranted.

It is therefore **ORDERED** that this case is **DISMISSED** with prejudice. This matter is hereby closed and terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 10/29/15

Karen L. Litkovitz
United States Magistrate Judge